UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOUR SEASONS HEATING & COOLING, INC   §   Case No. 08-01601
                                             §
                                             §
                                             §
Debtor(s)                                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 25, 2008. The undersigned trustee was appointed on January 24, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       39,015.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 3,346.00 |
   | Administrative expenses | 975.15 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 34,694.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010)

6. The deadline for filing non-governmental claims in this case was 06/05/2008 and the deadline for filing governmental claims was 07/23/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,651.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,651.56, for a total compensation of $4,651.56.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $252.28, for total expenses of $252.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2011         By:/s/CHARLES J. MYLER
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-01601
Case Name: FOUR SEASONS HEATING & COOLING, INC

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 01/25/08 (f)
§341(a) Meeting Date: 02/25/08
Claims Bar Date: 06/05/08

Period Ending: 06/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LaSalle Bank Checking Acct # 5201303913 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | LaSalle Bank Checking Acct #5201303897 | 2,619.99 | 2,619.99 | DA | 0.00 | FA |
| 3 | Castle Bank Checking Acct # 709735 | 70,898.92 | 0.00 | DA | 0.00 | FA |
| 4 | Nicor Gas P.O. Box 2020 Aurora, IL 60507 | 908.00 | 908.00 | DA | 0.00 | FA |
| 5 | ComEd c/o Bill Payment Chicago, IL 60668 | 1,835.00 | 1,835.00 | DA | 0.00 | FA |
| 6 | See attached exhibit B-16 | 1,101,359.40 | 1,101,359.40 | DA | 0.00 | FA |
| 7 | Four Seasons Customer List | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | See attached exhibit B-25 | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | See attached exhibit B-25 | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | 2- 10' brakes, 4' slitter | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | See attached exhibit B-25 | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | Preferential transfer | 10,000.00 | 10,000.00 | | 27,117.00 | FA |
| 13 | Vehicles | 10,000.00 | 10,000.00 | | 4,999.10 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 48.58 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | $1,197,621.31 | $1,126,722.39 | | $32,164.68 | $0.00 |

Major Activities Affecting Case Closing:

Trustee has requested no tax letter from IRS

Get tax returns and no tax letter

Initial Projected Date Of Final Report (TFR): August 31, 2008          Current Projected Date Of Final Report (TFR): March 31, 2011

Exhibit B

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 08-01601
Case Name: FOUR SEASONS HEATING & COOLING, INC

Taxpayer ID #: **-***8080
Period Ending: 06/24/11

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****72-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/23/08 | {12} | Harleysville Insurance | Refund of preference payment | | 1141-000 | 23,617.00 | | 23,617.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.67 | | 23,617.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.80 | | 23,620.47 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.09 | | 23,623.56 |
| 10/21/08 | | American Auction Associates, Inc. | Sale of 6 vehicles | | | 11,174.85 | | 34,798.41 |
| | {13} | | | 11,850.00 | 1129-000 | | | 34,798.41 |
| | | | Publication | -125.00 | 3620-000 | | | 34,798.41 |
| | | | Towing | -220.00 | 3620-000 | | | 34,798.41 |
| | | | Batteries | -120.00 | 3620-000 | | | 34,798.41 |
| | | | Auction Mart Ad | -210.15 | 3620-000 | | | 34,798.41 |
| 10/21/08 | {13} | American Auction Associates, Inc. | Sale of 2 vehicles | | 1129-000 | 6,850.90 | | 41,649.31 |
| 10/21/08 | 1001 | GMAC | Lien on 2002 Chevy Express Van | | 4210-000 | | 1,852.64 | 39,796.67 |
| 10/21/08 | 1002 | GMAC | Payment of Lien on 2002 Chevy Express CUTA | | 4210-000 | | 1,493.36 | 38,303.31 |
| 10/28/08 | 1003 {13} | Estate of MAURO'S CONCRETE | Check was deposited into the wrong account in error | | 1129-000 | -6,850.90 | | 31,452.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 3.01 | | 31,455.42 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 2.47 | | 31,457.89 |
| 12/01/08 | {12} | Redi-Weld Mfg. Co. | Payment on settlement | | 1141-000 | 1,750.00 | | 33,207.89 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.33 | | 33,210.22 |
| 01/16/09 | {12} | Redi-Weld & Mfg. Co., Inc. | Last payment on settlement | | 1141-000 | 1,750.00 | | 34,960.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.37 | | 34,961.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.33 | | 34,962.92 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.52 | | 34,964.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.42 | | 34,965.86 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.37 | | 34,967.23 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.52 | | 34,968.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.47 | | 34,970.22 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.47 | | 34,971.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.42 | | 34,973.11 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.42 | | 34,974.53 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.47 | | 34,976.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.47 | | 34,977.47 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.37 | | 34,978.84 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.33 | | 34,980.17 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.56 | | 34,981.73 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.23 | | 34,981.96 |

Subtotals: $38,327.96 $3,346.00

Exhibit B

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-01601 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | FOUR SEASONS HEATING & COOLING, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***.*****72-65 - Money Market Account |
| Taxpayer ID #: | **-***8080 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/24/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| 04/06/10 | | Wire out to BNYM account 9200******7265 | Wire out to BNYM account 9200******7265 | 9999-000 | -34,981.96 | | |
| | | | ACCOUNT TOTALS | | 3,346.00 | 3,346.00 | $0.00 |
| | | | Less: Bank Transfers | | -34,981.96 | 0.00 | |
| | | | Subtotal | | 38,327.96 | 3,346.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $38,327.96 | $3,346.00 | |

Printed: 06/24/2011 04:12 PM  V.12.56

Exhibit B

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-01601 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | FOUR SEASONS HEATING & COOLING, INC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******72-65 - Money Market Account |
| | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Taxpayer ID #: | **-***8080 | Separate Bond: | N/A |
| Period Ending: | 06/24/11 | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | 9999-000 | 34,981.96 | | 34,981.96 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.67 | | 34,983.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.08 | | 34,985.71 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.02 | | 34,987.73 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.08 | | 34,989.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.07 | | 34,991.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,992.16 |
| 10/26/10 | 11004 | Becky Webster Tax & Accounting Service | Review of documents in attempt to file tax returns | 3410-000 | | 300.00 | 34,692.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,692.45 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,692.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,693.02 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,693.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 34,693.57 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,693.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,694.14 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,694.43 |

| | Receipts | Disbursements | |
|---|---|---|---|
| ACCOUNT TOTALS | 34,994.43 | 300.00 | $34,694.43 |
| Less: Bank Transfers | 34,981.96 | 0.00 | |
| Subtotal | 12.47 | 300.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $12.47 | $300.00 | |

| Net Receipts: | 38,340.43 |
|---|---|
| Plus Gross Adjustments: | 675.15 |
| Net Estate: | $39,015.58 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 38,327.96 | 3,346.00 | 0.00 |
| MMA # 9200-*****72-65 | 12.47 | 300.00 | 34,694.43 |
| | $38,340.43 | $3,646.00 | $34,694.43 |

Printed: 06/24/2011 04:12 PM V.12.56

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-01601
Case Name: FOUR SEASONS HEATING & COOLING, INC
Trustee Name: CHARLES J. MYLER

**Balance on hand:**  $ 34,694.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Ford Motor Credit Company LLC | 3,175.32 | 0.00 | 0.00 | 0.00 |
| 7 | Ford Motor Credit Company LLC | 4,780.10 | 0.00 | 0.00 | 0.00 |
| 8 | Ford Motor Credit Company LLC | 4,914.40 | 0.00 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 4,436.13 | 0.00 | 0.00 | 0.00 |
| 11 | Ford Motor Credit Company LLC | 4,667.70 | 0.00 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company LLC | 7,881.63 | 0.00 | 0.00 | 0.00 |
| 19 | First National Bank of Marengo | 242,506.52 | 0.00 | 0.00 | 0.00 |
| 27 | Jerry Chesney | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 31S | CENTRAL FURNACE SUPPLY | 64,852.90 | 0.00 | 0.00 | 0.00 |
| 32 | VALLEY COMMERICAL CAPITAL | 8,799.02 | 0.00 | 0.00 | 0.00 |
| 35S | Plumbers Local Union No. 93 UA | 114,466.36 | 0.00 | 0.00 | 0.00 |
| 36S | Plumbers Local Union No. 93 UA | 48,740.24 | 0.00 | 0.00 | 0.00 |
| 37S | Plumber Local Union No. 93 UA | 37,988.21 | 0.00 | 0.00 | 0.00 |
| 38S | PLUMBERS LOCAL 93 | 12,882.78 | 0.00 | 0.00 | 0.00 |
| 39S | Joint Apprenticeship Committee Fund | 5,062.30 | 0.00 | 0.00 | 0.00 |
| 40S | Industry Advancement Fund | 2,928.65 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 51S-2 | LaSalle Bank National Association | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 56S | WRAMSCO/RMA | 247,778.39 | 0.00 | 0.00 | 0.00 |
| 60S | UNITED PIPE AND SUPPLY | 38,557.18 | 0.00 | 0.00 | 0.00 |
| 80 | Four Seasons Heating & Cooling | 75,584.55 | 0.00 | 0.00 | 0.00 |
| 82 | NUCOMFORT SUPPLY, INC. | 110,231.83 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $         0.00
Remaining balance: $    34,694.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 4,651.56 | 0.00 | 4,651.56 |
| Trustee, Expenses - Charles J. Myler | 252.28 | 0.00 | 252.28 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 14,102.02 | 0.00 | 14,102.02 |
| Accountant for Trustee, Fees - Becky Webster Tax and Accounting Service | 375.00 | 0.00 | 375.00 |

Total to be paid for chapter 7 administration expenses: $    19,380.86
Remaining balance: $    15,313.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $         0.00
Remaining balance: $    15,313.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $518,716.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | 881.96 | 0.00 | 881.96 |
| | Internal Revenue Service | 206.26 | 0.00 | 206.26 |
| 1 | John S. Smarzewski | 1,378.26 | 0.00 | 1,378.26 |
| 2 | ERIC IVERSEN | 3,865.00 | 0.00 | 3,865.00 |
| 3 | ERIC IVERSEN | 4,867.20 | 0.00 | 4,867.20 |
| 4 | Adam Lee Sulejmani Sr. | 577.65 | 0.00 | 577.65 |

UST Form 101-7-TFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 35P | Plumbers Local Union No. 93 | 44,977.88 | 0.00 | 0.00 |
| 36P | Plumbers Local Union No. 93 UA | 17,967.95 | 0.00 | 0.00 |
| 37P | Plumber Local Union No. 93 UA | 18,728.60 | 0.00 | 0.00 |
| 38P | PLUMBERS LOCAL 93 | 5,797.05 | 0.00 | 0.00 |
| 39P | Joint Apprenticeship Committee Fund | 2,025.60 | 0.00 | 0.00 |
| 40P | Industry Advancement Fund | 979.00 | 0.00 | 0.00 |
| 41P | Pipe Fitters' Welfare Fund, Local 597 | 13,394.87 | 0.00 | 0.00 |
| 42P | Pipe Fitters' Association, Local Union 597 | 324.83 | 0.00 | 0.00 |
| 43P | Pipe Fitters' Retirement Fund, Local 597 | 11,677.97 | 0.00 | 0.00 |
| 44P | Pipe Fitters' Training Fund, Local 597 | 1,732.36 | 0.00 | 0.00 |
| 45P | Chicago Area Mechanical Contracting Industry Impro | 433.09 | 0.00 | 0.00 |
| 53 | Barb Peters | 780.00 | 0.00 | 780.00 |
| 54 | Darlene Ringa | 1,512.00 | 0.00 | 1,512.00 |
| 57P | Plumbers and Pipefitters Local 501 Northern Illino | 36,743.19 | 0.00 | 0.00 |
| 61 | Sheet Metal Workers Local 265 Welfare Fund | 66,516.64 | 0.00 | 0.00 |
| 62 | Sheet Metal Workers Local 265 Pension Fund | 40,055.33 | 0.00 | 0.00 |
| 63 | Sheet Metal Workers Local 265 Supplemental Retire. | 37,641.47 | 0.00 | 0.00 |
| 64 | Sheet Metal Workers Local 265 Educational Fund | 6,118.23 | 0.00 | 0.00 |
| 65 | Sheet Metal Workers Local 265 Industry Fund | 2,007.53 | 0.00 | 0.00 |
| 66P | Sheet Metal Workers Local 265 Savings Fund | 1,220.56 | 0.00 | 0.00 |
| 67 | Sheet Metal Workers' Int'l Assn, Local Union No. 2 | 260.71 | 0.00 | 0.00 |
| 71 | Sheet Metal Workers National Pension Fund | 27,090.37 | 0.00 | 0.00 |
| 72P | Sheet Metal Workers National Pension Fund | 94,386.36 | 0.00 | 0.00 |
| 73P | National Stabilization Agreement of the | 68,399.15 | 0.00 | 0.00 |
| 75 | Mary DeFrancisco | 1,245.24 | 0.00 | 1,245.24 |
| 77 | Dave Paddock | 0.00 | 0.00 | 0.00 |
| 79 | KANE COUNTY TREASURER | 4,924.36 | 0.00 | 0.00 |

UST Form 101-7-TFR (10/1/2010)

|  | Total to be paid for priority claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,234,218.57 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 |
| 9 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 |
| 13 | FIRST SUPPLY | 7,718.21 | 0.00 | 0.00 |
| 14 | RALPH HELM | 1,085.66 | 0.00 | 0.00 |
| 15 | UNIVERSAL HEATING SUPPLIES | 219.41 | 0.00 | 0.00 |
| 16 | PRO-POWER | 59,573.50 | 0.00 | 0.00 |
| 17 | BUSHNELL INC. | 89,018.96 | 0.00 | 0.00 |
| 18 | CONNOR COMPANY | 112,894.49 | 0.00 | 0.00 |
| 20 | G & S SUPPLY | 2,689.64 | 0.00 | 0.00 |
| 21 | TEMPERATURE EQUIPMENT CORP. | 835,240.01 | 0.00 | 0.00 |
| 22 | Jackson Lewis LLP | 29,971.67 | 0.00 | 0.00 |
| 23 | M. WAGNER & SON | 10,630.55 | 0.00 | 0.00 |
| 24 | TMJ FASTNERS | 2,708.47 | 0.00 | 0.00 |
| 25 | National Plumbing & Heating Supply Co. | 779,847.47 | 0.00 | 0.00 |
| 26 | Lennox Industries, Inc | 623,867.37 | 0.00 | 0.00 |
| 28 | American Express Bank FSB | 29,170.64 | 0.00 | 0.00 |
| 29 | American Express Bank FSB | 27,636.44 | 0.00 | 0.00 |
| 30 | Control'D Engineering | 3,404.53 | 0.00 | 0.00 |
| 31U | CENTRAL FURNACE SUPPLY | 622,065.28 | 0.00 | 0.00 |
| 33 | Capitol Indemnity Corporation | 45,000.00 | 0.00 | 0.00 |
| 34-2 | US Bank Corp/Retail Payment Solutions | 2,379.91 | 0.00 | 0.00 |
| 35U | Plumbers Local Union No. 93 UA | 5,483.32 | 0.00 | 0.00 |
| 36U | Plumbers Local Union No. 93 UA | 2,192.27 | 0.00 | 0.00 |
| 37U | Plumber Local Union No. 93 UA | 2,287.19 | 0.00 | 0.00 |
| 39U | Joint Apprenticeship Committee Fund | 246.90 | 0.00 | 0.00 |
| 40U | Industry Advancement Fund | 119.56 | 0.00 | 0.00 |

UST Form 101-7-TFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 41U | Pipe Fitters' Welfare Fund, Local 597 | 16,043.89 | 0.00 | 0.00 |
| 42U | Pipe Fitters' Association, Local Union 597 | 157.20 | 0.00 | 0.00 |
| 43U | Pipe Fitters' Retirement Fund, Local 597 | 8,038.52 | 0.00 | 0.00 |
| 44U | Pipe Fitters' Training Fund, Local 597 | 1,098.97 | 0.00 | 0.00 |
| 45U | Chicago Area Mechanical Contracting Industry Impro | 311.88 | 0.00 | 0.00 |
| 46 | BM WELDING SERVICE | 4,771.64 | 0.00 | 0.00 |
| 47 | GMAC | 4,584.15 | 0.00 | 0.00 |
| 48 | Wm. F. Meyer Co. | 299,380.89 | 0.00 | 0.00 |
| 49 | Verizon Wireless Midwest | 363.62 | 0.00 | 0.00 |
| 50 | Eric Langer | 5,411.22 | 0.00 | 0.00 |
| 51U-2 | LaSalle Bank National Association | 2,108,656.00 | 0.00 | 0.00 |
| 52 | NORTH STATES STEEL | 6,265.92 | 0.00 | 0.00 |
| 55 | Sheet Metal Workers' Int'l Assoc. Local No. 73 | 881.50 | 0.00 | 0.00 |
| 56U | WRAMSCO/RMA | 152,221.61 | 0.00 | 0.00 |
| 57U | Plumbers and Pipefitters Local 501 Northern Illino | 32,032.39 | 0.00 | 0.00 |
| 58 | SCHULHOF COMPANY | 137,761.21 | 0.00 | 0.00 |
| 59 | DISCOUNT TIRE COMPANY | 258.23 | 0.00 | 0.00 |
| 60U | UNITED PIPE AND SUPPLY | 125,362.62 | 0.00 | 0.00 |
| 66U | Sheet Metal Workers Local 265 Savings Fund | 513.66 | 0.00 | 0.00 |
| 68 | Sheet Metal Workers Local 265 Fringe Benefit Funds | 157,072.71 | 0.00 | 0.00 |
| 69 | Four Seasons Heating & Cooling, Inc | 478,693.27 | 0.00 | 0.00 |
| 70 | Financial Management Services, Inc. | 60,787.56 | 0.00 | 0.00 |
| 72U | Sheet Metal Workers National Pension Fund | 330,379.15 | 0.00 | 0.00 |
| 73U | National Stabilization Agreement of the | 5,888.70 | 0.00 | 0.00 |
| 74 | DANIEL P. HOGAN | 7,830.61 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 76 | GENERATION X TECHNOLOGIES | 0.00 | 0.00 | 0.00 |
| 78 | GMAC | 0.00 | 0.00 | 0.00 |
| 81 | G & S SUPPLY | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)