# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: FOUR SEASONS HEATING & COOLING, INC     §   Case No. 08-01601
                                                §
                                                §
                                                §
Debtor(s)                                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 9/1/11 in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: 06/27/2011        By:  /s/CHARLES J. MYLER
                                              Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475


UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: FOUR SEASONS HEATING & COOLING, INC    §    Case No. 08-01601
§
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 39,015.58 |
| *and approved disbursements of* | $ 4,321.15 |
| *leaving a balance on hand of* [1] | $ 34,694.43 |
| **Balance on hand:** | $ 34,694.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Ford Motor Credit Company LLC | 3,175.32 | 0.00 | 0.00 | 0.00 |
| 7 | Ford Motor Credit Company LLC | 4,780.10 | 0.00 | 0.00 | 0.00 |
| 8 | Ford Motor Credit Company LLC | 4,914.40 | 0.00 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 4,436.13 | 0.00 | 0.00 | 0.00 |
| 11 | Ford Motor Credit Company LLC | 4,667.70 | 0.00 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company LLC | 7,881.63 | 0.00 | 0.00 | 0.00 |
| 19 | First National Bank of Marengo | 242,506.52 | 0.00 | 0.00 | 0.00 |
| 27 | Jerry Chesney | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 31S | CENTRAL FURNACE SUPPLY | 64,852.90 | 0.00 | 0.00 | 0.00 |
| 32 | VALLEY COMMERICAL CAPITAL | 8,799.02 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 35S | Plumbers Local Union No. 93 UA | 114,466.36 | 0.00 | 0.00 | 0.00 |
| 36S | Plumbers Local Union No. 93 UA | 48,740.24 | 0.00 | 0.00 | 0.00 |
| 37S | Plumber Local Union No. 93 UA | 37,988.21 | 0.00 | 0.00 | 0.00 |
| 38S | PLUMBERS LOCAL 93 | 12,882.78 | 0.00 | 0.00 | 0.00 |
| 39S | Joint Apprenticeship Committee Fund | 5,062.30 | 0.00 | 0.00 | 0.00 |
| 40S | Industry Advancement Fund | 2,928.65 | 0.00 | 0.00 | 0.00 |
| 51S-2 | LaSalle Bank National Association | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 56S | WRAMSCO/RMA | 247,778.39 | 0.00 | 0.00 | 0.00 |
| 60S | UNITED PIPE AND SUPPLY | 38,557.18 | 0.00 | 0.00 | 0.00 |
| 80 | Four Seasons Heating & Cooling | 75,584.55 | 0.00 | 0.00 | 0.00 |
| 82 | NUCOMFORT SUPPLY, INC. | 110,231.83 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    34,694.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 4,651.56 | 0.00 | 4,651.56 |
| Trustee, Expenses - Charles J. Myler | 252.28 | 0.00 | 252.28 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 14,102.02 | 0.00 | 14,102.02 |
| Accountant for Trustee, Fees - Becky Webster Tax and Accounting Service | 375.00 | 0.00 | 375.00 |

Total to be paid for chapter 7 administration expenses:    $    19,380.86
Remaining balance:    $    15,313.57

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,313.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $518,716.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | 881.96 | 0.00 | 881.96 |
| | Internal Revenue Service | 206.26 | 0.00 | 206.26 |
| 1 | John S. Smarzewski | 1,378.26 | 0.00 | 1,378.26 |
| 2 | ERIC IVERSEN | 3,865.00 | 0.00 | 3,865.00 |
| 3 | ERIC IVERSEN | 4,867.20 | 0.00 | 4,867.20 |
| 4 | Adam Lee Sulejmani Sr. | 577.65 | 0.00 | 577.65 |
| 35P | Plumbers Local Union No. 93 UA | 44,977.88 | 0.00 | 0.00 |
| 36P | Plumbers Local Union No. 93 UA | 17,967.95 | 0.00 | 0.00 |
| 37P | Plumber Local Union No. 93 UA | 18,728.60 | 0.00 | 0.00 |
| 38P | PLUMBERS LOCAL 93 | 5,797.05 | 0.00 | 0.00 |
| 39P | Joint Apprenticeship Committee Fund | 2,025.60 | 0.00 | 0.00 |
| 40P | Industry Advancement Fund | 979.00 | 0.00 | 0.00 |
| 41P | Pipe Fitters' Welfare Fund, Local 597 | 13,394.87 | 0.00 | 0.00 |
| 42P | Pipe Fitters' Association, Local Union 597 | 324.83 | 0.00 | 0.00 |
| 43P | Pipe Fitters' Retirement Fund, Local 597 | 11,677.97 | 0.00 | 0.00 |
| 44P | Pipe Fitters' Training Fund, Local 597 | 1,732.36 | 0.00 | 0.00 |
| 45P | Chicago Area Mechanical Contracting Industry Impro | 433.09 | 0.00 | 0.00 |
| 53 | Barb Peters | 780.00 | 0.00 | 780.00 |
| 54 | Darlene Ringa | 1,512.00 | 0.00 | 1,512.00 |
| 57P | Plumbers and Pipefitters Local 501 Northern Illino | 36,743.19 | 0.00 | 0.00 |
| 61 | Sheet Metal Workers Local 265 Welfare | 66,516.64 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| | Fund | | | |
| 62 | Sheet Metal Workers Local 265 Pension Fund | 40,055.33 | 0.00 | 0.00 |
| 63 | Sheet Metal Workers Local 265 Supplemental Retire. | 37,641.47 | 0.00 | 0.00 |
| 64 | Sheet Metal Workers Local 265 Educational Fund | 6,118.23 | 0.00 | 0.00 |
| 65 | Sheet Metal Workers Local 265 Industry Fund | 2,007.53 | 0.00 | 0.00 |
| 66P | Sheet Metal Workers Local 265 Savings Fund | 1,220.56 | 0.00 | 0.00 |
| 67 | Sheet Metal Workers' Int'l Assn, Local Union No. 2 | 260.71 | 0.00 | 0.00 |
| 71 | Sheet Metal Workers National Pension Fund | 27,090.37 | 0.00 | 0.00 |
| 72P | Sheet Metal Workers National Pension Fund | 94,386.36 | 0.00 | 0.00 |
| 73P | National Stabilization Agreement of the | 68,399.15 | 0.00 | 0.00 |
| 75 | Mary DeFrancisco | 1,245.24 | 0.00 | 1,245.24 |
| 77 | Dave Paddock | 0.00 | 0.00 | 0.00 |
| 79 | KANE COUNTY TREASURER | 4,924.36 | 0.00 | 0.00 |

Total to be paid for priority claims:    $    15,313.57
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,234,218.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 |
| 9 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 |
| 13 | FIRST SUPPLY | 7,718.21 | 0.00 | 0.00 |
| 14 | RALPH HELM | 1,085.66 | 0.00 | 0.00 |
| 15 | UNIVERSAL HEATING SUPPLIES | 219.41 | 0.00 | 0.00 |
| 16 | PRO-POWER | 59,573.50 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 17 | BUSHNELL INC. | 89,018.96 | 0.00 | 0.00 |
| 18 | CONNOR COMPANY | 112,894.49 | 0.00 | 0.00 |
| 20 | G & S SUPPLY | 2,689.64 | 0.00 | 0.00 |
| 21 | TEMPERATURE EQUIPMENT CORP. | 835,240.01 | 0.00 | 0.00 |
| 22 | Jackson Lewis LLP | 29,971.67 | 0.00 | 0.00 |
| 23 | M. WAGNER & SON | 10,630.55 | 0.00 | 0.00 |
| 24 | TMJ FASTNERS | 2,708.47 | 0.00 | 0.00 |
| 25 | National Plumbing & Heating Supply Co. | 779,847.47 | 0.00 | 0.00 |
| 26 | Lennox Industries, Inc | 623,867.37 | 0.00 | 0.00 |
| 28 | American Express Bank FSB | 29,170.64 | 0.00 | 0.00 |
| 29 | American Express Bank FSB | 27,636.44 | 0.00 | 0.00 |
| 30 | Control'D Engineering | 3,404.53 | 0.00 | 0.00 |
| 31U | CENTRAL FURNACE SUPPLY | 622,065.28 | 0.00 | 0.00 |
| 33 | Capitol Indemnity Corporation | 45,000.00 | 0.00 | 0.00 |
| 34-2 | US Bank Corp/Retail Payment Solutions | 2,379.91 | 0.00 | 0.00 |
| 35U | Plumbers Local Union No. 93 UA | 5,483.32 | 0.00 | 0.00 |
| 36U | Plumbers Local Union No. 93 UA | 2,192.27 | 0.00 | 0.00 |
| 37U | Plumber Local Union No. 93 UA | 2,287.19 | 0.00 | 0.00 |
| 39U | Joint Apprenticeship Committee Fund | 246.90 | 0.00 | 0.00 |
| 40U | Industry Advancement Fund | 119.56 | 0.00 | 0.00 |
| 41U | Pipe Fitters' Welfare Fund, Local 597 | 10,043.89 | 0.00 | 0.00 |
| 42U | Pipe Fitters' Association, Local Union 597 | 157.20 | 0.00 | 0.00 |
| 43U | Pipe Fitters' Retirement Fund, Local 597 | 8,038.52 | 0.00 | 0.00 |
| 44U | Pipe Fitters' Training Fund, Local 597 | 1,098.97 | 0.00 | 0.00 |
| 45U | Chicago Area Mechanical Contracting Industry Impro | 311.88 | 0.00 | 0.00 |
| 46 | BM WELDING SERVICE | 4,771.64 | 0.00 | 0.00 |
| 47 | GMAC | 4,584.15 | 0.00 | 0.00 |
| 48 | Wm. F. Meyer Co. | 299,380.89 | 0.00 | 0.00 |
| 49 | Verizon Wireless Midwest | 363.62 | 0.00 | 0.00 |
| 50 | Eric Langer | 5,411.22 | 0.00 | 0.00 |
| 51U-2 | LaSalle Bank National Association | 2,108,656.00 | 0.00 | 0.00 |
| 52 | NORTH STATES STEEL | 6,265.92 | 0.00 | 0.00 |
| 55 | Sheet Metal Workers' Int'l Assoc. Local No. | 881.50 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | 73 | | 0.00 | 0.00 |
| 56U | WRAMSCO/RMA | 152,221.61 | 0.00 | 0.00 |
| 57U | Plumbers and Pipefitters Local 501 Northern Illino | 32,032.39 | 0.00 | 0.00 |
| 58 | SCHULHOF COMPANY | 137,761.21 | 0.00 | 0.00 |
| 59 | DISCOUNT TIRE COMPANY | 258.23 | 0.00 | 0.00 |
| 60U | UNITED PIPE AND SUPPLY | 125,362.62 | 0.00 | 0.00 |
| 66U | Sheet Metal Workers Local 265 Savings Fund | 513.66 | 0.00 | 0.00 |
| 68 | Sheet Metal Workers Local 265 Fringe Benefit Funds | 157,072.71 | 0.00 | 0.00 |
| 69 | Four Seasons Heating & Cooling, Inc | 478,693.27 | 0.00 | 0.00 |
| 70 | Financial Management Services, Inc. | 60,787.56 | 0.00 | 0.00 |
| 72U | Sheet Metal Workers National Pension Fund | 330,379.15 | 0.00 | 0.00 |
| 73U | National Stabilization Agreement of the | 5,888.70 | 0.00 | 0.00 |
| 74 | DANIEL P. HOGAN | 7,830.61 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $           0.00
Remaining balance:   $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 76 | GENERATION X TECHNOLOGIES | 0.00 | 0.00 | 0.00 |
| 78 | GMAC | 0.00 | 0.00 | 0.00 |
| 81 | G & S SUPPLY | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:   $           0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00


Prepared By: /s/CHARLES J. MYLER
                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)