UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOUR SEASONS HEATING & COOLING, INC § Case No. 08-01601
§
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 9/1/11 in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/27/2011     By: /s/CHARLES J. MYLER
                                                   Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOUR SEASONS HEATING & COOLING, INC § Case No. 08-01601
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 39,015.58 |
| and approved disbursements of | $ 4,321.15 |
| leaving a balance on hand of [1] | $ 34,694.43 |
| **Balance on hand:** | $ 34,694.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Ford Motor Credit Company LLC | 3,175.32 | 0.00 | 0.00 | 0.00 |
| 7 | Ford Motor Credit Company LLC | 4,780.10 | 0.00 | 0.00 | 0.00 |
| 8 | Ford Motor Credit Company LLC | 4,914.40 | 0.00 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 4,436.13 | 0.00 | 0.00 | 0.00 |
| 11 | Ford Motor Credit Company LLC | 4,667.70 | 0.00 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company LLC | 7,881.63 | 0.00 | 0.00 | 0.00 |
| 19 | First National Bank of Marengo | 242,506.52 | 0.00 | 0.00 | 0.00 |
| 27 | Jerry Chesney | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 31S | CENTRAL FURNACE SUPPLY | 64,852.90 | 0.00 | 0.00 | 0.00 |
| 32 | VALLEY COMMERICAL CAPITAL | 8,799.02 | 0.00 | 0.00 | 0.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| 35S | Plumbers Local Union No. 93 UA | 114,466.36 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 36S | Plumbers Local Union No. 93 UA | 48,740.24 | 0.00 | 0.00 | 0.00 |
| 37S | Plumber Local Union No. 93 UA | 37,988.21 | 0.00 | 0.00 | 0.00 |
| 38S | PLUMBERS LOCAL 93 | 12,882.78 | 0.00 | 0.00 | 0.00 |
| 39S | Joint Apprenticeship Committee Fund | 5,062.30 | 0.00 | 0.00 | 0.00 |
| 40S | Industry Advancement Fund | 2,928.65 | 0.00 | 0.00 | 0.00 |
| 51S-2 | LaSalle Bank National Association | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 56S | WRAMSCO/RMA | 247,778.39 | 0.00 | 0.00 | 0.00 |
| 60S | UNITED PIPE AND SUPPLY | 38,557.18 | 0.00 | 0.00 | 0.00 |
| 80 | Four Seasons Heating & Cooling | 75,584.55 | 0.00 | 0.00 | 0.00 |
| 82 | NUCOMFORT SUPPLY, INC. | 110,231.83 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $      34,694.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 4,651.56 | 0.00 | 4,651.56 |
| Trustee, Expenses - Charles J. Myler | 252.28 | 0.00 | 252.28 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 14,102.02 | 0.00 | 14,102.02 |
| Accountant for Trustee, Fees - Becky Webster Tax and Accounting Service | 375.00 | 0.00 | 375.00 |

Total to be paid for chapter 7 administration expenses:   $      19,380.86
Remaining balance:   $      15,313.57

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 15,313.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $518,716.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | 881.96 | 0.00 | 881.96 |
| | Internal Revenue Service | 206.26 | 0.00 | 206.26 |
| 1 | John S. Smarzewski | 1,378.26 | 0.00 | 1,378.26 |
| 2 | ERIC IVERSEN | 3,865.00 | 0.00 | 3,865.00 |
| 3 | ERIC IVERSEN | 4,867.20 | 0.00 | 4,867.20 |
| 4 | Adam Lee Sulejmani Sr. | 577.65 | 0.00 | 577.65 |
| 35P | Plumbers Local Union No. 93 UA | 44,977.88 | 0.00 | 0.00 |
| 36P | Plumbers Local Union No. 93 UA | 17,967.95 | 0.00 | 0.00 |
| 37P | Plumber Local Union No. 93 UA | 18,728.60 | 0.00 | 0.00 |
| 38P | PLUMBERS LOCAL 93 | 5,797.05 | 0.00 | 0.00 |
| 39P | Joint Apprenticeship Committee Fund | 2,025.60 | 0.00 | 0.00 |
| 40P | Industry Advancement Fund | 979.00 | 0.00 | 0.00 |
| 41P | Pipe Fitters' Welfare Fund, Local 597 | 13,394.87 | 0.00 | 0.00 |
| 42P | Pipe Fitters' Association, Local Union 597 | 324.83 | 0.00 | 0.00 |
| 43P | Pipe Fitters' Retirement Fund, Local 597 | 11,677.97 | 0.00 | 0.00 |
| 44P | Pipe Fitters' Training Fund, Local 597 | 1,732.36 | 0.00 | 0.00 |
| 45P | Chicago Area Mechanical Contracting Industry Impro | 433.09 | 0.00 | 0.00 |
| 53 | Barb Peters | 780.00 | 0.00 | 780.00 |
| 54 | Darlene Ringa | 1,512.00 | 0.00 | 1,512.00 |
| 57P | Plumbers and Pipefitters Local 501 Northern Illino | 36,743.19 | 0.00 | 0.00 |
| 61 | Sheet Metal Workers Local 265 Welfare | 66,516.64 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| | Fund | | | |
| 62 | Sheet Metal Workers Local 265 Pension Fund | 40,055.33 | 0.00 | 0.00 |
| 63 | Sheet Metal Workers Local 265 Supplemental Retire. | 37,641.47 | 0.00 | 0.00 |
| 64 | Sheet Metal Workers Local 265 Educational Fund | 6,118.23 | 0.00 | 0.00 |
| 65 | Sheet Metal Workers Local 265 Industry Fund | 2,007.53 | 0.00 | 0.00 |
| 66P | Sheet Metal Workers Local 265 Savings Fund | 1,220.56 | 0.00 | 0.00 |
| 67 | Sheet Metal Workers' Int'l Assn, Local Union No. 2 | 260.71 | 0.00 | 0.00 |
| 71 | Sheet Metal Workers National Pension Fund | 27,090.37 | 0.00 | 0.00 |
| 72P | Sheet Metal Workers National Pension Fund | 94,386.36 | 0.00 | 0.00 |
| 73P | National Stabilization Agreement of the | 68,399.15 | 0.00 | 0.00 |
| 75 | Mary DeFrancisco | 1,245.24 | 0.00 | 1,245.24 |
| 77 | Dave Paddock | 0.00 | 0.00 | 0.00 |
| 79 | KANE COUNTY TREASURER | 4,924.36 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   15,313.57
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,234,218.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 |
| 9 | Ford Motor Credit Company LLC | 0.00 | 0.00 | 0.00 |
| 13 | FIRST SUPPLY | 7,718.21 | 0.00 | 0.00 |
| 14 | RALPH HELM | 1,085.66 | 0.00 | 0.00 |
| 15 | UNIVERSAL HEATING SUPPLIES | 219.41 | 0.00 | 0.00 |
| 16 | PRO-POWER | 59,573.50 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 17 | BUSHNELL INC. | 89,018.96 | 0.00 | 0.00 |
| 18 | CONNOR COMPANY | 112,894.49 | 0.00 | 0.00 |
| 20 | G & S SUPPLY | 2,689.64 | 0.00 | 0.00 |
| 21 | TEMPERATURE EQUIPMENT CORP. | 835,240.01 | 0.00 | 0.00 |
| 22 | Jackson Lewis LLP | 29,971.67 | 0.00 | 0.00 |
| 23 | M. WAGNER & SON | 10,630.55 | 0.00 | 0.00 |
| 24 | TMJ FASTNERS | 2,708.47 | 0.00 | 0.00 |
| 25 | National Plumbing & Heating Supply Co. | 779,847.47 | 0.00 | 0.00 |
| 26 | Lennox Industries, Inc | 623,867.37 | 0.00 | 0.00 |
| 28 | American Express Bank FSB | 29,170.64 | 0.00 | 0.00 |
| 29 | American Express Bank FSB | 27,636.44 | 0.00 | 0.00 |
| 30 | Control'D Engineering | 3,404.53 | 0.00 | 0.00 |
| 31U | CENTRAL FURNACE SUPPLY | 622,065.28 | 0.00 | 0.00 |
| 33 | Capitol Indemnity Corporation | 45,000.00 | 0.00 | 0.00 |
| 34 -2 | US Bank Corp/Retail Payment Solutions | 2,379.91 | 0.00 | 0.00 |
| 35U | Plumbers Local Union No. 93 UA | 5,483.32 | 0.00 | 0.00 |
| 36U | Plumbers Local Union No. 93 UA | 2,192.27 | 0.00 | 0.00 |
| 37U | Plumber Local Union No. 93 UA | 2,287.19 | 0.00 | 0.00 |
| 39U | Joint Apprenticeship Committee Fund | 246.90 | 0.00 | 0.00 |
| 40U | Industry Advancement Fund | 119.56 | 0.00 | 0.00 |
| 41U | Pipe Fitters' Welfare Fund, Local 597 | 10,043.89 | 0.00 | 0.00 |
| 42U | Pipe Fitters' Association, Local Union 597 | 157.20 | 0.00 | 0.00 |
| 43U | Pipe Fitters' Retirement Fund, Local 597 | 8,038.52 | 0.00 | 0.00 |
| 44U | Pipe Fitters' Training Fund, Local 597 | 1,098.97 | 0.00 | 0.00 |
| 45U | Chicago Area Mechanical Contracting Industry Impro | 311.88 | 0.00 | 0.00 |
| 46 | BM WELDING SERVICE | 4,771.64 | 0.00 | 0.00 |
| 47 | GMAC | 4,584.15 | 0.00 | 0.00 |
| 48 | Wm. F. Meyer Co. | 299,380.89 | 0.00 | 0.00 |
| 49 | Verizon Wireless Midwest | 363.62 | 0.00 | 0.00 |
| 50 | Eric Langer | 5,411.22 | 0.00 | 0.00 |
| 51U-2 | LaSalle Bank National Association | 2,108,656.00 | 0.00 | 0.00 |
| 52 | NORTH STATES STEEL | 6,265.92 | 0.00 | 0.00 |
| 55 | Sheet Metal Workers' Int'l Assoc. Local No. | 881.50 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | 73 | | | |
|---|---|---|---|---|
| 56U | WRAMSCO/RMA | 152,221.61 | 0.00 | 0.00 |
| 57U | Plumbers and Pipefitters Local 501 Northern Illino | 32,032.39 | 0.00 | 0.00 |
| 58 | SCHULHOF COMPANY | 137,761.21 | 0.00 | 0.00 |
| 59 | DISCOUNT TIRE COMPANY | 258.23 | 0.00 | 0.00 |
| 60U | UNITED PIPE AND SUPPLY | 125,362.62 | 0.00 | 0.00 |
| 66U | Sheet Metal Workers Local 265 Savings Fund | 513.66 | 0.00 | 0.00 |
| 68 | Sheet Metal Workers Local 265 Fringe Benefit Funds | 157,072.71 | 0.00 | 0.00 |
| 69 | Four Seasons Heating & Cooling, Inc | 478,693.27 | 0.00 | 0.00 |
| 70 | Financial Management Services, Inc. | 60,787.56 | 0.00 | 0.00 |
| 72U | Sheet Metal Workers National Pension Fund | 330,379.15 | 0.00 | 0.00 |
| 73U | National Stabilization Agreement of the | 5,888.70 | 0.00 | 0.00 |
| 74 | DANIEL P. HOGAN | 7,830.61 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $        0.00
Remaining balance:                                     $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 76 | GENERATION X TECHNOLOGIES | 0.00 | 0.00 | 0.00 |
| 78 | GMAC | 0.00 | 0.00 | 0.00 |
| 81 | G & S SUPPLY | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:                                    $        0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                        Case No. 08-01601-MB
Four Seasons Heating & Cooling, Inc.                          Chapter 7
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe               Page 1 of 5         Date Rcvd: Jul 21, 2011
                              Form ID: pdf006          Total Noticed: 208


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
db          +Four Seasons Heating & Cooling, Inc.,   56 East End Drive,   Gilberts, IL 60136-9731
aty         +Richard G Larsen,    Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
              Aurora, IL 60505-3338
aty         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
aty          Vipin R Gandra,    Chicago, IL
tr          +Charles J Myler,    Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
11898760    +5/3 THIRD BANK,    P.O. BOX 630778,   CINCINNATI, OH 45263-0778
11898761    +A WAREHOUSE ON WHEELS,    P.O. BOX 39,   LAMONT, IL 60439-0039
11898762    +A+ PRINTING,    920 SECOND AVE,   ROCKFORD, IL 61104-2113
11898763    +A-1 REPAIR INC.,    45 S MAPLE ST,   ELGIN, IL 60123-5850
11898764   +++A.J. GALLAGHER,    TWO PIERCE PLACE,   ITASCA, IL 60143-1203
11898766    +ABLE DISTRIBUTORS,    ATTN: DANNY BLIER,   4506 HIGHPOINT RD,   MCHENRY, IL 60050-8389
11898767    +ADP,   100 NORTHWEST POINT BLVD,   ELK GROVE VILLAGE, IL 60007-1018
11898768    +ADT SECURITY SERVICES,    P.O. BOX 371967,   PITTSBURGH, PA 15250-7967
11898770    +ALLEGRA PRINT & IMAGING,    909 DAVIS ROAD,   ELGIN, IL 60123-1311
11898771    +AMERICAN EXPRESS,    P.O. BOX 650448,   DALLAS, TX 75265-0448
11898772    +ANCHOR TOWING,    90 EAST STREET,   CRYSTAL LAKE, IL 60014-4401
11898773    +ANSWERCALL 24,    438 W TERRA COTTA AVE.,   CRYSTAL LAKE, IL 60014-3435
11898774    +AT & T,   P.O. BOX 6428,   CAROL STREAM, IL 60197-6428
11976179    +Adam Lee Sulejmani Sr.,    Beverly P. Alfon, Esq.,   Baum Sigman Auerbach & Neuman, Ltd.,
              200 W Adams St., Ste 2200,    Chicago, IL 60606-5231
12057583     American Express Bank FSB,    POB 3001,   Malvern, PA 19355-0701
12154644     American Express Bank FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11898775    +BARNETT BRASS,    1000 STEVENSON ST #101,   ROSELLE, IL 60172-4314
11898776    +BELDEN PRESS,    1082 NATIONAL PARKWAY,   SCHAUMBURG, IL 60173-4519
11898778    +BM WELDING SERVICE,    341 FACTORY ROAD,   ADDISON, IL 60101-5003
11898779    +BORHART, SPELLMEYER & CO.,    ATTN: STEVE GARRELS,   2205 POINT BLVD #160,   ELGIN, IL 60123-7840
11898780    +BOUGHTON TRUCKING & MATERIAL,    11746 S NAPERVILLE-PLAINFIELD,   PLAINFIELD, IL 60585-9490
11898781    +BRENT E. HAMACHEK,    MARKS & ASSOCIATES,   4239 TERRI LYN LANE,   NORTHBROOK, IL 60062-4940
11898782    +BROCK TOOL COMPANY,    1475 LOUIS AVENUE,   ELK GROVE VILLAGE, IL 60007-2393
11898783    +BUSHNELL INC.,    3270 EAGLE WAY,   CHICAGO, IL 60678-1032
11898784    +BUSINESS CARD,    P.O. BOX 15710,   WILMINGTON, DE 19886-5710
11980395    +Barb Peters,    10452 Casselberry Lane,   Huntley, IL 60142-9001
11898785    +CAPITAL ONE BANK,    P.O. BOX 60024,   CITY OF INDUSTRY, CA 91716-0024
11898786    +CARDMEMBER SERVICE,    P.O. BOX 15153,   WILMINGTON, DE 19886-5153
11898787    +CENTRAL FURNACE SUPPLY,    ATTN: TONY/MIKE RUBLE,   1100 SHORE ROAD,   NAPERVILLE, IL 60563-8759
11898788    +CHASE AUTO FINANCE,    P.O. BOX 9001800,   LOUISVILLE, KY 40290-1800
11898789    +CHICAGO FURNACE,    4929 LINCOLN AVE,   LISLE, IL, IL 60532-2156
11898790    +CHICAGO JM PLUMBERS LOCAL 130,    1340 W. WASHINGTON BLVD,   CHICAGO, IL 60607-1988
11898791    +CITIZENS AUTO FINANCE,    P.O. BOX 42113,   PROVIDENCE, RI 02940-2113
11898792    +CM SYSTEMS,    1516 S BRENTWOOD BLVD #102,   ST. LOUIS, MO 63144-1400
11898793    +CNH CAPITAL,    DEPT CH 10460,   PALATINE, IL 60055-0001
11898794    +COLUMBIA PIPE & SUPPLY,    1209 PAYSPHERE CIRCLE,   CHICAGO, IL 60674-0001
11898797    +CONTROL'D ENGINEERING,    P.O. BOX 2474,   GLEN ELLYN, IL 60138-2474
11898798    +COUNTRY GAS COMPANY,    4010 HIGHWAY 14,   CRYSTAL LAKE, IL 60014-8299
11898799    +CRAWFORD SUPPLY,    1958 PAYSPHERE CIRCLE,   CHICAGO, IL 60674-0001
11898800    +CUSTOM CONCRETE CUTTING,    6818 WATERFORD DR,   MCHENRY, IL 60050-8047
12225861    +Capitol Indemnity Corporation,    c/o Phoenix Management Solutions,
              10000 N 31st Ave., Suite C301,    Phoenix, AZ 85051-9569
11980378     Chase Auto Finance,    POB 5120,   New Hyde Park, NY 11042
12251591    +Chicago Area Mechanical Contracting Industry Impro,    c/o Johnson & Krol, LLC,
              208 S. LaSalle St., Suite 1602,    Chicago, IL 60604-1186
11898801    +DANIEL P. HOGAN,    MCCABE & HOGAN, P.C.,   19 BOTHWELL ST, STE 200,   PALATINE, IL 60067-6100
11898802    +DAVID H. LEVITT,    HINSHAW & CULBERTSON LLP,   222 N LASALLE, STE 300,   CHICAGO, IL 60601-1081
11898803    +DAWN FRANCO,    56 EAST END DR,   GILBERTS, IL 60136-9731
11898805    +DISCOUNT MUFFLER AND BRAKE,    857 WISE ROAD,   SCHAUMBURG, IL 60193-3819
11898806    +DISCOUNT TIRE COMPANY,    P.O. BOX 29851,   PHOENIX, AZ 85038-9851
11980396    +Darlene Ringa,    906 Woodbridge Dr,   Cary, IL 60013-2499
11980390    +Dave Paddock,    1617 Jennifer Ln,   Mchenry, IL 60050-3945
11980397    +Dawn J Franco,    1740 Kings Gate Ln,   Crystal Lake, IL 60014-2994
11898808    +EQIUPMENT DEPOT OF IL,    2545 NORTHWEST PKWY,   ELGIN, IL 60124-7870
11898777    +ERIC IVERSEN,    BEVERLY P. ALFON Ltd.,   BAUM SIGMAN AUERBACH & NEUMAN LTD,
              200 W ADAMS ST, STE 2200,    CHICAGO, IL 60606-5231
11898809    +EXCEL TELECOMMUNICATIONS,    P.O. BOX 660343,   DALLAS, TX 75266-0343
11898810    +EXCELSIOR MFG & SUPPLY CO,    135 S. LASALLE DEPT 1846,   CHICAGO, IL 60674-0001
11946967    +Edward P Freud,    Ruff, Weidenaar & Reidy, Ltd,   222 North LaSalle St, Ste 700,
              Chicago, IL 60601-1024
12280064    +Eric Langer,    Danielle Bilotto,   Attorney at Law,   1749 W. Golf Rd, #213,
              Mt. Prospect, IL 60056-4025
11898812    +FASTENAL COMPANY,    11915 INDUSTRIAL HEIGHTS DR,   WOODSTOCK, IL 60098-7690
11898813    +FEDEX,    P.O. BOX 94515,   PALATINE, IL 60094-4515
11898814    +FERGUSON,    4558 COLLECTIONS CENTER DR,   CHICAGO, IL 60693-0045
```

```
District/off: 0752-1          User: vrowe                  Page 2 of 5                   Date Rcvd: Jul 21, 2011
                              Form ID: pdf006              Total Noticed: 208

11898815      +FIA CARD SERVICES,    P.O. BOX 37279,    BALTIMORE, MD 21297-3279
11898816      +FIRST SUPPLY,    P.O. BOX 8124,    MADISON, WI 53708-8124
11898817      +FORD CREDIT,    P.O. BOX 790093,    ST. LOUIS, MO 63179-0093
12029064     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
               (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 537901,
                 Livonia, MI  48153-9905)
11898818      +FORT DEARBORN LIFE INSURANCE,    1020 31ST STREET,    DOWNERS GROVE, IL 60515-5501
11898819      +FOX VALLEY INTERNET, INC,    2585 MILLENNIUM DR,    STE. 6,    ELGIN, IL 60124-7822
11980379       Fifth Third Bank,    POB 630778,    Cincinnati, OH 45263-1093
12300279      +Financial Management Services, Inc.,    c/o Grochocinski, Grochocinski & Lloyd,,
                 1900 Ravinia Place,    Orland Park, IL 60462-3760
11980380      +First National Bank of Marengo,    N/K/A Castle Bank NA,    121 W. Lincoln Hwy Plaza,
                 Dekalb, IL 60115-3609
11980381       Ford Motor Credit,    POB 790072,    St Louis, MO 63179-0072
12389352       Four Seasons Heating & Cooling,    Cohen & Krol,    105 West Madison Street Suite 1100,
                 Chicago, IL  60602-4600
11980400      +Four Seasons Heating & Cooling, Inc,    GW Berkheimer Co, Inc,    c/o Stacia L Yoon, Atty,
                 8585 Broadway, Suite 480,    Merrillville, IN 46410-5669
11980398      +Frank J. Franco,    1740 Kings Gate Ln,    Crystal Lake, IL 60014-2994
11898820      +G & S SUPPLY,    35340 EAGLE WAY,    CHICAGO, IL 60678-1353
12646537      +G & S SUPPLY,    C/O TALAN & KTSANES,    300 W ADAMS-SUITE 840,    CHICAGO IL 60606-5109
11898821      +G.W. BERKHEIMER,    ATTN: JOHN BAILEY,    4100 ALBANY ST,    MCHENRY, IL 60050-8301
11898822      +GENERATION X TECHNOLOGIES,    10757 WOLF DR,    HUNTLEY, IL 60142-7002
11898823      +GLOBAL PAYMENT SYSTEMS,    7240 PARKWAY DR,    STE. 400,    HANOVER, MD 21076-1378
11898824      +GMAC,    P.O. BOX 9001952,    LOUISVILLE, KY 40290-1952
12267683      +GMAC,    P.O. Box 130424,    Roseville, MN 55113-0004
11980382      +GMAC,    POB 380902,    Minneapolis, MN 55438-0902
11898825      +GRAINGER,    P.O. BOX 481246,    NILES, IL 60714-6246
11898826      +GREATER BAY CAPITAL,    P.O. BOX 7777,    SANFRANCISCO, CA 94120-7777
11898827      +GRUNDY BANK,    P.O. BOX 520,    MORRIS, IL 60450-0520
11898828      +GUSTAVE A. LARSON,    P.O. BOX 68-3006,    MILWAUKEE, WI 53268-0001
11980401      +Greater Bay Capital,    300 Tri-State International,    Ste 400,    Lincolnshire, IL 60069-4417
11980391      +Greg Bochnick,    N1373 Thistle Rd,    Genoa City, WI 53128-1430
11898829      +HARLEYSVILLE INSURANCE,    355 MAPLE AVE,    HARLEYSVILLE, PA 19438-2297
11898830      +HEALTHCARE SERVICE CORP,    P.O. BOX 1186,    CHICAGO, IL 60690-1186
11898831      +HINCKLEY SPRINGS,    P.O. BOX 660579,    DALLAS, TX 75266-0579
11898832      +HUNN SIGNS,    642 E CHICAGO ST,    ELGIN, IL 60120-6103
11898833      +HUNTLEY COLLISION CENTER,    11914 WEST MAIN ST,    HUNTLEY, IL 60142-9703
11898834      +HYPHEN SOLUTIONS,    P.O. BOX 849936,    DALLAS, TX 75284-9936
11898835      +IDM GROUP,    541 NORTHGATE PKWY,    WHEELING, IL 60090-2663
11898836      +IL BUSINESS SOLUTIONS,    2808 CENTRE DR,    DOWNERS GROVE, IL 60515-1772
11980383      +Industry Advancement Fund,    c/o Johnson & Krol LLC,    208 S LaSalle St Ste 1602,
                 Chicago Il 60604-1186
11898838      +JAMES HANRATH,    MUCH SHELIST,    191 N WACKER DR, STE 1800,    CHICAGO, IL 60606-1631
11898839      +JOHNSON & BELL,    55 E MONROE,    STE. 4100,    CHICAGO, IL 60603-5803
11898840      +JOHNSTONE SUPPLY,    3358 PYRAMID DR,    ROCKFORD, IL 61109-2794
11898841      +JOSEPH D. FOREMAN & CO.,    28102 W INDUSTRIAL AVE,    BARRINGTON, IL 60010-2450
12118069      +Jackson Lewis LLP,    Attn: Anne Krupman,    One North Broadway,    White Plains, NY 10601-2310
11980392      +Jay T. Jurcenko,    872 Northshore Dr.,    Crystal Lake, IL 60014-5242
12150985      +Jerry Chesney,    c/o James A. Kamide Attorney,    8114 W. Grand Avenue,
                 River Grove, IL 60171-3703
11929441      +John S. Smarzewski,    Beverly P. Alfon Esq.,    Baum Sigman Auerbach & Neuman, Ltd.,
                 200 W Adams St., Suite 2200,    Chicago, IL 60606-5231
11980384      +Joint Apprenticeship Committee Fund,    c/o Johnson & Krol LLC,    208 S LaSalle St Ste 1602,
                 Chicago Il 60604-1186
11898843      +KANE COUNTY TREASURER,    P.O. BOX 4025,    GENEVA, IL 60134-4025
11898844      +KENNEDY PRODUCTIONS,    1208 LISLE PLACE,    LISLE, IL 60532-2262
11898845      +LABELS & DECALS INTER,    300 FRONTIER WAY,    BENSENVILLE, IL 60106-1178
11898846      +LASALLE BANK,    C/O EDWARD P. FREUD,    200 N LASALLE ST STE 700,    CHICAGO, IL 60601-1031
11898847      +LENNOX INDUSTRIES INC.,    699 REGENCY DR,    GLENDALE HEIGHTS, IL 60139-4020
11980385      +LaSalle Bank,    135 S LaSalle ST,    Chicago,    60603-4177
12285362      +LaSalle Bank National Association,    c/o Edward P. Freud, Esq,    222 N. LaSalle Street,
                 Suite 700,    Chicago, IL 60601-1024
12144512      +Lennox Industries, Inc,    c/o Receivable Management,    Services (RMS),    POB 5126,
                 Timonium, Maryland 21094-5126
11980386       Lennox Industries, Inc,    POB 910549,    Dallas, TX 75391-0549
11898848      +M & A PRECISIONS TRUCK REPAIR,    1480 IMROFF DR,    LAKE IN THE HILLS, IL 60156-1504
11898849      +M. WAGNER & SON,    2321 FOSTER,    WHEELING, IL 60090-6510
11898850      +MARKS & ASSOCIATES,    802 WOODLEIGH LN,    HIGHLAND PARK, IL 60035-1339
11898851      +MASTERCARD-AMALGAMATED,    P.O. BOX 1106,    CHICAGO, IL 60690-1106
11898852      +MATT DEMUTH'S EXCAVATING,    23009 W MILTON RD,    MUNDELEIN, IL 60060-9594
11898853      +MCCABE & HOGAN,    19 S BOTHWELL ST,    STE. 200,    PALATINE, IL 60067-6100
11898854      +MEDINAH METALS,    333 E LAKE ST,    BLOOMINGDALE, IL 60108-1196
11898855      +MV FIBERGLASS SERVICE,    5548 S NEVA AVE,    CHICAGO, IL 60638-2222
11980399      +Mary DeFrancisco,    102 N Greenfield Ave,    Crystal Lake, IL 60014-5230
11898856      +NATIONAL CONSTRUCTION RENTALS,    P.O. BOX 4503,    PACOIMA, IL 91333-4503
11898857      +NATIONAL FIBERGLASS,    P.O. BOX 475,    CRYSTAL LAKE, IL 60039-0475
11898859      +NEW ENGLAND BUSINESS SERVICE,    500 MAIN STREET,    GRONTON, MA 01471-0001
11898861      +NORTH STATES STEEL,    ARM & Assoc., Inc,    POB 190,    West Chicago, IL 60186-0190
11898862      +NORTHWEST NEWS GROUP,    P.O. BOX 250,    CRYSTAL LAKE, IL 60039-0250
```

```
District/off: 0752-1          User: vrowe                  Page 3 of 5                   Date Rcvd: Jul 21, 2011
                              Form ID: pdf006              Total Noticed: 208


11898863       +NU-WARE,    205 E BUTTERFIELD RD,    ELMHURST, IL 60126-5103
11898864       +NUCOMFORT SUPPLY, INC.,    500 WINDY POINT DR,    GLENDALE HEIGHTS, IL 60139-2178
11898866       +National Plumbing & Heating Supply Co.,     PHILIP T. REINSTEIN,    900 SKOKIE BLVD, STE 207,
                 NORTHBROOK, IL 60062-4031
12301273       +National Stabilization Agreement of the,    Sheet Metal Industry Trust Fund,
                 c/o Jerome Flanagan/Jennings Sigmond PC,    510 Walnut Street, 16th Floor,
                 Philadelphia, PA 19106-3619
11898865       +OFFICIAL HEATING & COOLING,    1401 NORTH DRIVE,    MCHENRY, IL 60050-4331
11898867       +PIPEFITTERS LOCAL 597,    221 N LASALLE,    STE. 3400,    CHICAGO, IL 60601-1510
11898868        PLUMBERS & PIPEFITTERS LOCAL 422,    2114 I-80 S FRONTAGE RD,    JOLIET, IL 60436
11898870       +PLUMBERS & PIPEFITTERS LOCAL 501,    1295 BUTTERFIELD RD,    AURORA, IL 60502-8879
11898871       +PLUMBERS ACCESS,    P.O. BOX 51485,    ONTARIO, CA 91761-0085
11898872       +PLUMBERS LOCAL 93,    c/o Johnson & Krol LLC,    208 S. LaSalle St Ste 1602,
                 Chicago, IL 60604-1186
11898873       +PORTER PIPE AND SUPPLY,    35049 EAGLE WAY,    CHICAGO, IL 60678-1350
11898874       +PRECISION SHARPENING,    546 COOKKANE AVE,    ELGIN, IL 60120-7905
11898875       +PRIDE CONSTRUCTION COMPANY,    1119 W ALGONQUIN RD,    LAKE IN THE HILLS, IL 60156-3560
11898876       +PRO-FASTENING SYSTEMS, INC.,    44 E UNIVERSITY DR,    ARLINGTON HEIGHTS, IL 60004-1802
11898877       +PRO-POWER,    1684 RELIABLE PKWY,    CHICAGO, IL 60686-0016
12251593       +Pipe Fitters’ Association, Local Union 597,     c/o Johnson & Krol, LLC,
                 208 S. LaSalle St., Suite 1602,    Chicago, IL 60604-1186
12251575       +Pipe Fitters’ Retirement Fund, Local 597,     c/o Johnson & Krol, LLC,
                 208 S. LaSalle St., Suite 1602,    Chicago, IL 60604-1186
12251590       +Pipe Fitters’ Training Fund, Local 597,    c/o Johnson & Krol, LLC,
                 208 S. LaSalle St., Suite 1602,    Chicago, IL 60604-1186
12251572       +Pipe Fitters’ Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,
                 208 S. LaSalle St., Suite 1602,    Chicago, IL 60604-1186
11980389       +Plumber Local Union No. 93 UA,    Retirement Account Fund,    c/o Johnson & Krol LLC,
                 208 S. LaSalle St Ste 1602,    Chicago IL 60604-1186
11980388       +Plumbers Local Union No. 93 UA,    Pension Fund,    c/o Johnson & Krol LLC,
                 208 S LaSalle St Ste 1602,    Chicago Il 60604-1186
12296885       +Plumbers and Pipefitters Local 501 Northern Illino,     c/o Philip Brzozowski,Arnold and Kadjan,
                 19 W. Jackson Blvd., Suite 300,    Chicago, IL 60604-3910
11898878       +RALPH HELM,    36W710 FOOTHILL RD,    ELGIN, IL 60123-5867
11898879       +RAY SCHRIEBER DISPOSAL COMPANY,    11 N 435 STONECREST CT,    ELGIN, IL 60124-8160
11898880       +REDI-WELD & MANUFACTURING,    8711 PYOTT RD,    LAKE IN THE HILLS, IL 60156-9722
11898881       +RISK MGNT ASS’N OF THE RES CONSTR,    C/O DAVID H. LEVITT,    222 N LASALLE, STE 300,
                 CHICAGO, IL 60601-1013
11898882       +SAFECO INSURANCE COMPANY,    P.O. BOX 11223,    TACOMA, WA 98411-0223
11898883       +SCHOCKS TOWING INC.,    P.O. BOX 995,    DUNDEE, IL 60118-0995
11898884       +SCHULHOF COMPANY,    Dean J Lurie,    Stone Pogrund & Korey,    1 E Wacker Drive Suite 2610,
                 Chicago, IL 60601-2001
11898885       +SEABRIGHT INSURANCE CO.,    13038 COLLECTIVE CENTER DR,    CHICAGO, IL 60693-0130
11898886       +SHEET METAL WORKERS LOCAL 219,    3316 PUBLISHERS DR,    ROCKFORD, IL 61109-6318
11898887       +SHEET METAL WORKERS LOCAL 265,    205 ALEXANDRA WAY,    CAROL STREAM, IL 60188-2080
11898888       +SHEET METAL WORKERS LOCAL 73,    4550 ROOSEVELT RD,    HILLSIDE, IL 60162-2053
11898889       +SHEET METAL WORKERS NATIONAL,    ATTN: ANN NICHOLS,    601 NORTH FAIRFAX ST STE 500,
                 ALEXANDRIA, VA 22314-2065
11898890       +SID HARVEY INDUSTRIES,    605 LOCUST ST,    GARDEN CITY, NY 11530-6531
11898891       +SOUND BILLING,    P.O. BOX 620130,    MIDDLETON, WI 53562-0130
11898892      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: SPRINT,     P.O. BOX 4181,   CAROL STREAM, IL 60197)
11898893       +STATE DISBURSEMENT UNIT,    P.O. BOX 5400,    CAROL STREAM, IL 60197-5400
11898894       +STERLING SUPPLY INC.,    4900 LINCOLN AVE RT 53,    LISLE, IL 60532-2115
12295168        Sheet Metal Workers Local 265 Educational Fund,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12295172        Sheet Metal Workers Local 265 Fringe Benefit Funds,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12295169        Sheet Metal Workers Local 265 Industry Fund,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12295167        Sheet Metal Workers Local 265 Pension Fund,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12295170        Sheet Metal Workers Local 265 Savings Fund,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12295171        Sheet Metal Workers Local 265 Supplemental Retire.,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12295166        Sheet Metal Workers Local 265 Welfare Fund,     c/o Beverly P. Alfon, Attorney,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL  60606-5231
12301225       +Sheet Metal Workers National Pension Fund,    c/o Jerome Flanagan,    Jennings Sigmond PC,
                 510 Walnut Street, 16th Floor,    Philadelphia, PA 19106-3619
```

```
District/off: 0752-1            User: vrowe                Page 4 of 5                Date Rcvd: Jul 21, 2011
                                Form ID: pdf006            Total Noticed: 208


12299427       Sheet Metal Workers' Int'l Assn, Local Union No. 2,    c/o Beverly P. Alfon,
                 Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
                 Chicago, IL   60606-5231
12292216      +Sheet Metal Workers' Int'l Assoc. Local No. 73,    c/o Steven B. Chaiken, Esq.,
                 Adelman & Gettleman, Ltd.,    53 W. Jackson Blvd., Suite 1050,    Chicago, IL 60604-3786
11898895      +TEMPERATURE EQUIPMENT CORP.,    ATTN: SKIP MUNGO,    17725 VOLBRECHT RD,    LANSING, IL 60438-4539
11898896      +THE HOME DEPOT,    P.O. BOX 6029,    THE LAKES, NV 88901-6029
11898897      +THE HORTON GROUP,    10320 ORLAND PARKWAY,    ORLAND PARK, IL 60467-5658
11898898      +TMJ FASTNERS,    P.O. BOX 361,    LAFOX, IL 60147-0361
11898899      +TOWER SHOW PRODUCTIONS,    800 ROOSEVELT RD #B,    STE. 414,    GLEN ELLYN, IL 60137-5839
11898901      +UNITED PIPE AND SUPPLY,    420 NORTH INDUSTRIAL DR,    BRADLEY, IL 60915-1256
11898902      +UNIVERSAL HEATING SUPPLIES,    325 W. LAURA DR,    ADDISON, IL 60101-5015
11898900     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. BANK,    P.O. BOX 790179,    ST. LOUIS, MO 63179)
12237847      +US Bank Corp/Retail Payment Solutions,    PO BOX 5229,    Cincinnati, Ohio 45201-5229
11898903      +VALLEY COMMERICAL CAPITAL,    Attn: Robert F Sierchio, FVP,    1455 VALLEY RD,
                 WAYNE, NJ 07470-2089
11898905      +WAGNER OFFICE SOLUTIONS,    1595 HIGHPOINT DR,    ELGIN, IL 60123-9303
11898906      +WILLIAM C. BRABAREK,    443 W PIERCE ST,    PO BOX 80022,    ELBURN, IL 60119-8208
11898907      +WM. F. MEYER,    300 SOUTH MClEAN BLVD,    UNIT Q,    ELGIN, IL 60123-1023
11898908      +WRAMSCO,    4925 INDIANA AVE,    #100,    LISLE, IL 60532-1611
12295789      +WRAMSCO/RMA,    c/o David H. Levitt, Esq.,    Hinshaw & Culbertson LLP,
                 222 N Lasalle Street Suite 300,    Chicago, IL 60601-1081
12270014      +Wm. F. Meyer Co.,    c/o Donald J. Simantz,   Alschuler, Simantz & Hem, LLC,
                 1961 West Downer Place,    Aurora, IL 60506-4384
11898909      +YORK INTERNATIONAL,    P.O. BOX 905578,    CHARLOTTE, NC 28290-5578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: stowbin@shawgussis.com Jul 21 2011 19:11:21     Steven B Towbin,
                 ShawGussisFishmanGlantzWolfson&TowbinLLC,    321 N Clark St,    Suite 800,
                 Chicago, IL 60654-4766
11898765      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 21:45:04     ABC SUPPLY,    29W581 NORTH AVE,
                 WEST CHICAGO, IL 60185-1356
11898795      +E-mail/Text: legalcollections@comed.com Jul 21 2011 19:10:22     COMED,    BILL PAYMENT CENTER,
                 CHICAGO, IL 60668-0001
11898807       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 22:15:01     DISCOVER CARD,
                 P.O. BOX 30395,    SALT LAKE, UT 84130
11898811      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 21:45:04     EXXON/MOBIL,    P.O. BOX 530988,
                 ATLANTA, GA 30353-0988
11898860      +E-mail/Text: bankrup@nicor.com Jul 21 2011 19:09:31     NICOR GAS,    P.O. BOX 416,
                 AURORA, IL 60568-0001
11898868      +E-mail/Text: bankruptcy@pb.com Jul 21 2011 19:10:22     PITNEY BOWES,    P.O. BOX 856390,
                 LOUISVILLE, KY 40285-6390
11898904      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 21 2011 22:05:01     VERIZON WIRELESS,
                 777 BIG TIMBER RD,    ELGIN, IL 60123-1401
12276174      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 21 2011 22:05:01
                 Verizon Wireless Midwest,    POB 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11898804       DESIGN TEMPERATURE
aty*          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                 Aurora, IL 60505-3338
aty*          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                 Aurora, IL 60505-3338
12154645*      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12176895*      Control'D Engineering,    POB 2474,    Glen Ellyn, IL 60138-2474
11898769     ##+ALL POWER EQUIPMENT REPAIR,    P.O. BOX 6294,    ELGIN, IL 60121-6294
11898796     ##+CONNOR COMPANY,    ATTN: JASON LONG,    1015 W. LAKE ST,    AURORA, IL 60506-5886
11898837     ##+JACKSON/LEWIS,    320 W OHIO ST,    STE. 500,    CHICAGO, IL 60654-6567
11898842     ##+JOSEPH E. MALLON,    JOHNSON & KROL, LLC,    208 S LASALLE ST, STE 1602,    CHICAGO, IL 60604-1186
11980393     ##+John Smarzewski,    627 Ryan Ln., #3,    Dundee, IL 60118-2863
11980394     ##+Mike Flannigan,    863 Plymounth Ln,    Island Lake, IL 60042-9772
11898858     ##+NATIONAL PLUMBING & HEATING,    P.O. BOX 475,    CRYSTAL LAKE, IL 60039-0475
11980387     ##+Plumbers Local Union No. 93 UA,    Health & Welfare Fund,    c/o Johnson & Krol LLC,
                 208 S LaSalle St Ste 1602,    Chicago Il 60604-1186
                                                                                   TOTALS: 1, * 4, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: vrowe              Page 5 of 5              Date Rcvd: Jul 21, 2011
                              Form ID: pdf006          Total Noticed: 208

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                              **Signature:**   *Joseph Speetjens*