**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FOUR SEASONS HEATING & COOLING, INC    §    Case No. 08-01601
                                              §
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,177,621.31 | Assets Exempt:  $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $19,084.55 | Claims Discharged Without Payment:  $7,737,621.67 |
| Total Expenses of Administration: $24,875.45 | |

    3) Total gross receipts of $ 43,960.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $43,960.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,368,580.21 | $3,346.00 | $3,346.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,394.84 | 28,403.16 | 24,875.45 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 521,614.43 | 519,141.65 | 15,738.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,250,168.60 | 7,234,218.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,169,758.08 | $7,785,109.38 | $43,960.00 |

    4) This case was originally filed under Chapter 7 on January 25, 2008. The case was pending for 50 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2012            By: /s/CHARLES J. MYLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Castle Bank Checking Acct # 709735 | 1129-000 | 4,944.42 |
| Preferential transfer | 1141-000 | 27,117.00 |
| Vehicles | 1129-000 | 11,850.00 |
| Interest Income | 1270-000 | 48.58 |
| **TOTAL GROSS RECEIPTS** | | **$43,960.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ford Motor Credit Company LLC | 4110-000 | N/A | 3,175.32 | 0.00 | 0.00 |
| 7 | Ford Motor Credit Company LLC | 4110-000 | N/A | 4,780.10 | 0.00 | 0.00 |
| 8 | Ford Motor Credit Company LLC | 4110-000 | N/A | 4,914.40 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 4110-000 | N/A | 4,436.13 | 0.00 | 0.00 |
| 11 | Ford Motor Credit Company LLC | 4110-000 | N/A | 4,667.70 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company LLC | 4110-000 | N/A | 7,881.63 | 0.00 | 0.00 |
| 19 | First National Bank of Marengo | 4110-000 | N/A | 242,506.52 | 0.00 | 0.00 |
| 27 | Jerry Chesney | 4110-000 | N/A | 250,000.00 | 0.00 | 0.00 |
| 31S | CENTRAL FURNACE SUPPLY | 4110-000 | N/A | 64,852.90 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | VALLEY COMMERICAL CAPITAL | 4110-000 | N/A | 8,799.02 | 0.00 | 0.00 |
| 35S | Plumbers Local Union No. 93 UA | 4110-000 | N/A | 114,466.36 | 0.00 | 0.00 |
| 36S | Plumbers Local Union No. 93 UA | 4110-000 | N/A | 48,740.24 | 0.00 | 0.00 |
| 37S | Plumber Local Union No. 93 UA | 4110-000 | N/A | 37,988.21 | 0.00 | 0.00 |
| 38S | PLUMBERS LOCAL 93 | 4110-000 | N/A | 12,882.78 | 0.00 | 0.00 |
| 39S | Joint Apprenticeship Committee Fund | 4110-000 | N/A | 5,062.30 | 0.00 | 0.00 |
| 40S | Industry Advancement Fund | 4110-000 | N/A | 2,928.65 | 0.00 | 0.00 |
| 51S-2 | LaSalle Bank National Association | 4110-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 56S | WRAMSCO/RMA | 4110-000 | N/A | 247,778.39 | 0.00 | 0.00 |
| 60S | UNITED PIPE AND SUPPLY | 4110-000 | N/A | 38,557.18 | 0.00 | 0.00 |
| 80 | Four Seasons Heating & Cooling | 4110-000 | N/A | 75,584.55 | 0.00 | 0.00 |
| 82 | NUCOMFORT SUPPLY, INC. | 4110-000 | N/A | 110,231.83 | 0.00 | 0.00 |
| | GMAC | 4210-000 | N/A | 1,852.64 | 1,852.64 | 1,852.64 |
| | GMAC | 4210-000 | N/A | 1,493.36 | 1,493.36 | 1,493.36 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,368,580.21 | $3,346.00 | $3,346.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 4,651.56 | 4,651.56 | 4,651.56 |
| Charles J. Myler | 2100-000 | N/A | 1,236.10 | 1,236.10 | 0.00 |
| Charles J. Myler | 2100-000 | N/A | 0.00 | 0.00 | 0.00 |
| Charles J.  Myler | 2200-000 | N/A | 252.28 | 252.28 | 252.28 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 991.73 | 991.73 | 991.73 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 15,093.70 | 14,102.02 | 14,102.02 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,291.61 | 2,291.61 | 0.00 |
| Becky Webster Tax and Accounting Service | 3410-000 | N/A | 375.00 | 375.00 | 375.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 125.00 | 125.00 | 125.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 220.00 | 220.00 | 220.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 120.00 | 120.00 | 120.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 210.15 | 210.15 | 210.15 |
| Becky Webster Tax & Accounting Service | 3410-000 | N/A | 300.00 | 300.00 | 300.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 57.03 | 57.03 | 57.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.68 | 80.68 | 80.68 |
| The Bank of New York Mellon | 2600-000 | N/A | -57.03 | -57.03 | -57.03 |
| The Bank of New York Mellon | 2600-000 | N/A | -80.68 | -80.68 | -80.68 |
| Charles J. Myler | 2100-000 | N/A | 1,236.10 | 1,236.10 | 1,236.10 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,291.61 | 2,291.61 | 2,291.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 29,394.84 | 28,403.16 | 24,875.45 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 2,133.81 | 2,133.81 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 206.26 | 206.26 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 597.46 | 597.46 |
| | IL Dept. of Revenue | 5300-000 | N/A | N/A | 711.26 | 711.26 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 206.26 | 206.26 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 881.96 | 881.96 |
| 1 | John S. Smarzewski | 5300-000 | N/A | 1,378.26 | 1,024.74 | 1,024.74 |
| 2 | ERIC IVERSEN | 5300-000 | N/A | 3,865.00 | 2,873.63 | 2,873.63 |
| 3 | ERIC IVERSEN | 5300-000 | N/A | 4,867.20 | 3,618.77 | 3,618.77 |
| 4 | Adam Lee Sulejmani Sr. | 5300-000 | N/A | 577.65 | 429.48 | 429.48 |
| 35P | Plumbers Local Union No. 93 UA | 5400-000 | N/A | 44,977.88 | 44,977.88 | 0.00 |
| 36P | Plumbers Local Union No. 93 UA | 5400-000 | N/A | 17,967.95 | 17,967.95 | 0.00 |
| 37P | Plumber Local Union No. 93 UA | 5400-000 | N/A | 18,728.60 | 18,728.60 | 0.00 |
| 38P | PLUMBERS LOCAL 93 | 5400-000 | N/A | 5,797.05 | 5,797.05 | 0.00 |
| 39P | Joint Apprenticeship Committee Fund | 5400-000 | N/A | 2,025.60 | 2,025.60 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 40P | Industry Advancement Fund | 5400-000 | N/A | 979.00 | 979.00 | 0.00 |
| 41P | Pipe Fitters' Welfare Fund, Local 597 | 5400-000 | N/A | 13,394.87 | 13,394.87 | 0.00 |
| 42P | Pipe Fitters' Association, Local Union 597 | 5400-000 | N/A | 324.83 | 324.83 | 0.00 |
| 43P | Pipe Fitters' Retirement Fund, Local 597 | 5400-000 | N/A | 11,677.97 | 11,677.97 | 0.00 |
| 44P | Pipe Fitters' Training Fund, Local 597 | 5800-000 | N/A | 1,732.36 | 1,732.36 | 0.00 |
| 45P | Chicago Area Mechanical Contracting Industry Impro | 5400-000 | N/A | 433.09 | 433.09 | 0.00 |
| 53 | Barb Peters | 5300-000 | N/A | 780.00 | 579.93 | 579.93 |
| 54 | Darlene Ringa | 5300-000 | N/A | 1,512.00 | 1,124.18 | 1,124.18 |
| 57P | Plumbers and Pipefitters Local 501 Northern Illino | 5400-000 | N/A | 36,743.19 | 36,743.19 | 0.00 |
| 61 | Sheet Metal Workers Local 265 Welfare Fund | 5400-000 | N/A | 66,516.64 | 66,516.64 | 0.00 |
| 62 | Sheet Metal Workers Local 265 Pension Fund | 5400-000 | N/A | 40,055.33 | 40,055.33 | 0.00 |
| 63 | Sheet Metal Workers Local 265 Supplemental Retire. | 5400-000 | N/A | 37,641.47 | 37,641.47 | 0.00 |
| 64 | Sheet Metal Workers Local 265 Educational Fund | 5400-000 | N/A | 6,118.23 | 6,118.23 | 0.00 |
| 65 | Sheet Metal Workers Local 265 Industry Fund | 5400-000 | N/A | 2,007.53 | 2,007.53 | 0.00 |
| 66P | Sheet Metal Workers Local 265 Savings Fund | 5400-000 | N/A | 1,220.56 | 1,220.56 | 0.00 |
| 67 | Sheet Metal Workers' Int'l Assn, Local Union No. 2 | 5400-000 | N/A | 260.71 | 260.71 | 0.00 |
| 71 | Sheet Metal Workers National Pension Fund | 5400-000 | N/A | 27,090.37 | 27,090.37 | 0.00 |
| 72P | Sheet Metal Workers National Pension Fund | 5400-000 | N/A | 94,386.36 | 94,386.36 | 0.00 |
| 73P | National Stabilization Agreement of the | 5400-000 | N/A | 68,399.15 | 68,399.15 | 0.00 |
| 75 | Mary DeFrancisco | 5300-000 | N/A | 1,245.24 | 925.83 | 925.83 |
| 77 | Dave Paddock | 5800-000 | N/A | 3,561.00 | 0.00 | 0.00 |
| 79 | KANE COUNTY TREASURER | 5800-000 | N/A | 4,924.36 | 4,924.36 | 0.00 |
| | United States Treasury | 5800-000 | N/A | 424.98 | 424.98 | 424.98 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 521,614.43 | 519,141.65 | 15,738.55 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Ford Motor Credit Company LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 | Ford Motor Credit Company LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | FIRST SUPPLY | 7100-000 | N/A | 7,718.21 | 7,718.21 | 0.00 |
| 14 | RALPH HELM | 7100-000 | N/A | 1,085.66 | 1,085.66 | 0.00 |
| 15 | UNIVERSAL HEATING SUPPLIES | 7100-000 | N/A | 219.41 | 219.41 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | PRO-POWER | 7100-000 | N/A | 59,573.50 | 59,573.50 | 0.00 |
| 17 | BUSHNELL INC. | 7100-000 | N/A | 89,018.96 | 89,018.96 | 0.00 |
| 18 | CONNOR COMPANY | 7100-000 | N/A | 112,894.49 | 112,894.49 | 0.00 |
| 20 | G & S SUPPLY | 7100-000 | N/A | 2,689.64 | 2,689.64 | 0.00 |
| 21 | TEMPERATURE EQUIPMENT CORP. | 7100-000 | N/A | 835,240.01 | 835,240.01 | 0.00 |
| 22 | Jackson Lewis LLP | 7100-000 | N/A | 29,971.67 | 29,971.67 | 0.00 |
| 23 | M. WAGNER & SON | 7100-000 | N/A | 10,630.55 | 10,630.55 | 0.00 |
| 24 | TMJ FASTNERS | 7100-000 | N/A | 2,708.47 | 2,708.47 | 0.00 |
| 25 | National Plumbing & Heating Supply Co. | 7100-000 | N/A | 779,847.47 | 779,847.47 | 0.00 |
| 26 | Lennox Industries, Inc | 7100-000 | N/A | 623,867.37 | 623,867.37 | 0.00 |
| 28 | American Express Bank FSB | 7100-000 | N/A | 29,170.64 | 29,170.64 | 0.00 |
| 29 | American Express Bank FSB | 7100-000 | N/A | 27,636.44 | 27,636.44 | 0.00 |
| 30 | Control'D Engineering | 7100-000 | N/A | 3,404.53 | 3,404.53 | 0.00 |
| 31U | CENTRAL FURNACE SUPPLY | 7100-000 | N/A | 622,065.28 | 622,065.28 | 0.00 |
| 33 | Capitol Indemnity Corporation | 7100-000 | N/A | 45,000.00 | 45,000.00 | 0.00 |
| 34 -2 | US Bank Corp/Retail Payment Solutions | 7100-000 | N/A | 2,379.91 | 2,379.91 | 0.00 |
| 35U | Plumbers Local Union No. 93 UA | 7100-000 | N/A | 5,483.32 | 5,483.32 | 0.00 |
| 36U | Plumbers Local Union No. 93 UA | 7100-000 | N/A | 2,192.27 | 2,192.27 | 0.00 |
| 37U | Plumber Local Union No. 93 UA | 7100-000 | N/A | 2,287.19 | 2,287.19 | 0.00 |
| 39U | Joint Apprenticeship Committee Fund | 7100-000 | N/A | 246.90 | 246.90 | 0.00 |
| 40U | Industry Advancement Fund | 7100-000 | N/A | 119.56 | 119.56 | 0.00 |
| 41U | Pipe Fitters' Welfare Fund, Local 597 | 7100-000 | N/A | 10,043.89 | 10,043.89 | 0.00 |
| 42U | Pipe Fitters' Association, Local Union 597 | 7100-000 | N/A | 157.20 | 157.20 | 0.00 |
| 43U | Pipe Fitters' Retirement Fund, Local 597 | 7100-000 | N/A | 8,038.52 | 8,038.52 | 0.00 |
| 44U | Pipe Fitters' Training Fund, Local 597 | 7100-000 | N/A | 1,098.97 | 1,098.97 | 0.00 |
| 45U | Chicago Area Mechanical Contracting Industry Impro | 7100-000 | N/A | 311.88 | 311.88 | 0.00 |
| 46 | BM WELDING SERVICE | 7100-000 | N/A | 4,771.64 | 4,771.64 | 0.00 |
| 47 | GMAC | 7100-000 | N/A | 4,584.15 | 4,584.15 | 0.00 |
| 48 | Wm. F. Meyer Co. | 7100-000 | N/A | 299,380.89 | 299,380.89 | 0.00 |
| 49 | Verizon Wireless Midwest | 7100-000 | N/A | 363.62 | 363.62 | 0.00 |
| 50 | Eric Langer | 7100-000 | N/A | 5,411.22 | 5,411.22 | 0.00 |
| 51U-2 | LaSalle Bank National Association | 7100-000 | N/A | 2,108,656.00 | 2,108,656.00 | 0.00 |
| 52 | NORTH STATES STEEL | 7100-000 | N/A | 6,265.92 | 6,265.92 | 0.00 |
| 55 | Sheet Metal Workers' Int'l Assoc. Local No. 73 | 7100-000 | N/A | 881.50 | 881.50 | 0.00 |
| 56U | WRAMSCO/RMA | 7100-000 | N/A | 152,221.61 | 152,221.61 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 57U | Plumbers and Pipefitters Local 501 Northern Illino | 7100-000 | N/A | 32,032.39 | 32,032.39 | 0.00 |
| 58 | SCHULHOF COMPANY | 7100-000 | N/A | 137,761.21 | 137,761.21 | 0.00 |
| 59 | DISCOUNT TIRE COMPANY | 7100-000 | N/A | 258.23 | 258.23 | 0.00 |
| 60U | UNITED PIPE AND SUPPLY | 7100-000 | N/A | 125,362.62 | 125,362.62 | 0.00 |
| 66U | Sheet Metal Workers Local 265 Savings Fund | 7100-000 | N/A | 513.66 | 513.66 | 0.00 |
| 68 | Sheet Metal Workers Local 265 Fringe Benefit Funds | 7100-000 | N/A | 157,072.71 | 157,072.71 | 0.00 |
| 69 | Four Seasons Heating & Cooling, Inc | 7100-000 | N/A | 478,693.27 | 478,693.27 | 0.00 |
| 70 | Financial Management Services, Inc. | 7100-000 | N/A | 60,787.56 | 60,787.56 | 0.00 |
| 72U | Sheet Metal Workers National Pension Fund | 7100-000 | N/A | 330,379.15 | 330,379.15 | 0.00 |
| 73U | National Stabilization Agreement of the | 7100-000 | N/A | 5,888.70 | 5,888.70 | 0.00 |
| 74 | DANIEL P. HOGAN | 7100-000 | N/A | 7,830.61 | 7,830.61 | 0.00 |
| 76 | GENERATION X TECHNOLOGIES | 7200-000 | N/A | 4,208.89 | 0.00 | 0.00 |
| 78 | GMAC | 7200-000 | N/A | 9,051.50 | 0.00 | 0.00 |
| 81 | G & S SUPPLY | 7200-000 | N/A | 2,689.64 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 7,250,168.60 | 7,234,218.57 | 0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-01601  **Trustee:** (330510)  CHARLES J. MYLER
**Case Name:** FOUR SEASONS HEATING & COOLING, INC  **Filed (f) or Converted (c):** 01/25/08 (f)
**§341(a) Meeting Date:** 02/25/08
**Period Ending:** 03/19/12  **Claims Bar Date:** 06/05/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | LaSalle Bank Checking Acct # 5201303913 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | LaSalle Bank Checking Acct #5201303897 | 2,619.99 | 2,619.99 | DA | 0.00 | FA |
| 3 | Castle Bank Checking Acct # 709735 | 70,898.92 | 0.00 | DA | 4,944.42 | FA |
| 4 | Nicor Gas P.O. Box 2020 Aurora, IL 60507 | 908.00 | 908.00 | DA | 0.00 | FA |
| 5 | ComEd c/o Bill Payment Chicago, IL 60668 | 1,835.00 | 1,835.00 | DA | 0.00 | FA |
| 6 | See attached exhibit B-16 | 1,101,359.40 | 1,101,359.40 | DA | 0.00 | FA |
| 7 | Four Seasons Customer List | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | See attached exhibit B-25 | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | See attached exhibit B-25 | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | 2- 10' brakes, 4' slitter | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | See attached exhibit B-25 | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | Preferential transfer | 10,000.00 | 10,000.00 | | 27,117.00 | FA |
| 13 | Vehicles | 10,000.00 | 10,000.00 | | 11,850.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 48.58 | FA |
| 14 | Assets     Totals (Excluding unknown values) | **$1,197,621.31** | **$1,126,722.39** | | **$43,960.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution made 9/7/11; additional payment from disputed bank account rec'd in Nov., 2011; will make supplemental distribution

Get tax returns and no tax letter

**Initial Projected Date Of Final Report (TFR):**     August 31, 2008     **Current Projected Date Of Final Report (TFR):**     July 20, 2011  (Actual)

Printed: 03/19/2012 11:40 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-01601  
**Case Name:** FOUR SEASONS HEATING & COOLING, INC  
**Taxpayer ID #:** \*\*-\*\*\*8080  
**Period Ending:** 03/19/12  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*72-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/08 | {12} | Harleysville Insurance | Refund of preference payment | 1141-000 | 23,617.00 | | 23,617.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 23,617.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.80 | | 23,620.47 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 23,623.56 |
| 10/21/08 | | American Auction Associates, Inc. | Sale of 6 vehicles | | 11,174.85 | | 34,798.41 |
| | {13} | | 11,850.00 | 1129-000 | | | 34,798.41 |
| | | | Publication -125.00 | 3620-000 | | | 34,798.41 |
| | | | Towing -220.00 | 3620-000 | | | 34,798.41 |
| | | | Batteries -120.00 | 3620-000 | | | 34,798.41 |
| | | | Auction Mart Ad -210.15 | 3620-000 | | | 34,798.41 |
| 10/21/08 | {13} | American Auction Associates, Inc. | Sale of 2 vehicles | 1129-000 | 6,850.90 | | 41,649.31 |
| 10/21/08 | 1001 | GMAC | Lien on 2002 Chevy Express Van | 4210-000 | | 1,852.64 | 39,796.67 |
| 10/21/08 | 1002 | GMAC | Payment of Lien on 2002 Chevy Express CUTA | 4210-000 | | 1,493.36 | 38,303.31 |
| 10/28/08 | 1003 {13} | Estate of MAURO'S CONCRETE | Check was deposited into the wrong account in error | 1129-000 | -6,850.90 | | 31,452.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.01 | | 31,455.42 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.47 | | 31,457.89 |
| 12/01/08 | {12} | Redi-Weld Mfg. Co. | Payment on settlement | 1141-000 | 1,750.00 | | 33,207.89 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.33 | | 33,210.22 |
| 01/16/09 | {12} | Redi-Weld & Mfg. Co., Inc. | Last payment on settlement | 1141-000 | 1,750.00 | | 34,960.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 34,961.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.33 | | 34,962.92 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 34,964.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 34,965.86 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 34,967.23 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 34,968.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 34,970.22 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 34,971.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 34,973.11 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 34,974.53 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 34,976.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 34,977.47 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 34,978.84 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.33 | | 34,980.17 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.56 | | 34,981.73 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 34,981.96 |

Subtotals : $38,327.96 $3,346.00

{} Asset reference(s)          Printed: 03/19/2012 11:40 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-01601  
**Case Name:** FOUR SEASONS HEATING & COOLING, INC

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-65 - Money Market Account

**Taxpayer ID #:** **-***8080  
**Period Ending:** 03/19/12

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire out to BNYM account 9200******7265 | Wire out to BNYM account 9200******7265 | 9999-000 | -34,981.96 | | 0.00 |
| | | | ACCOUNT TOTALS | | 3,346.00 | 3,346.00 | $0.00 |
| | | | Less: Bank Transfers | | -34,981.96 | 0.00 | |
| | | | **Subtotal** | | **38,327.96** | **3,346.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,327.96** | **$3,346.00** | |

{} Asset reference(s)

Printed: 03/19/2012 11:40 AM V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-01601 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | FOUR SEASONS HEATING & COOLING, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******72-65 - Money Market Account |
| Taxpayer ID #: | **-***8080 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/19/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | 9999-000 | 34,981.96 | | 34,981.96 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.67 | | 34,983.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.08 | | 34,985.71 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.02 | | 34,987.73 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.08 | | 34,989.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.07 | | 34,991.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,992.16 |
| 10/26/10 | 11004 | Becky Webster Tax & Accounting Service | Review of documents in attempt to file tax returns | 3410-000 | | 300.00 | 34,692.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,692.45 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,692.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,693.02 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,693.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 34,693.57 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,693.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,694.14 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 34,694.43 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 34,694.71 |
| 07/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 34,694.74 |
| 07/05/11 | | To Account #9200******7266 | Transfer to checking acct. | 9999-000 | | 34,694.74 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 34,994.74 | 34,994.74 | $0.00 |
| Less: Bank Transfers | | 34,981.96 | 34,694.74 | |
| **Subtotal** | | 12.78 | 300.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$12.78** | **$300.00** | |

{} Asset reference(s)

Printed: 03/19/2012 11:40 AM  V.12.57

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 08-01601
**Case Name:** FOUR SEASONS HEATING & COOLING, INC
**Taxpayer ID #:** **-***8080
**Period Ending:** 03/19/12

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******72-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/11 | | From Account #9200******7265 | Transfer to checking acct. | 9999-000 | 34,694.74 | | 34,694.74 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.03 | 34,637.71 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.68 | 34,557.03 |
| 09/06/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -57.03 | 34,614.06 |
| 09/06/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -80.68 | 34,694.74 |
| 09/07/11 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $4,651.56, Trustee Compensation;  Reference: | 2100-000 | | 4,651.56 | 30,043.18 |
| 09/07/11 | 102 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $14,102.02, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,102.02 | 15,941.16 |
| 09/07/11 | 103 | Charles J. Myler | Dividend paid 100.00% on $252.28, Trustee Expenses;  Reference: | 2200-000 | | 252.28 | 15,688.88 |
| 09/07/11 | 104 | Becky Webster Tax and Accounting Service | Dividend paid 100.00% on $375.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 375.00 | 15,313.88 |
| 09/07/11 | 105 | Internal Revenue Service | Dividend paid 100.00% on $2,133.81; Filed: $0.00 for Federal W/H | 5300-000 | | 2,133.81 | 13,180.07 |
| 09/07/11 | 106 | Internal Revenue Service | Dividend paid 100.00% on $597.46; Filed: $0.00 for FICA | 5300-000 | | 597.46 | 12,582.61 |
| 09/07/11 | 107 | Internal Revenue Service | Dividend paid 100.00% on $206.26; Filed: $0.00 for Medicare | 5300-000 | | 206.26 | 12,376.35 |
| 09/07/11 | 108 | IL Dept. of Revenue | Dividend paid 100.00% on $711.26; Filed: $0.00 for State W/H | 5300-000 | | 711.26 | 11,665.09 |
| 09/07/11 | 109 | Internal Revenue Service | Dividend paid 100.00% on $881.96; Filed: $0.00 for FICA | 5800-000 | | 881.96 | 10,783.13 |
| 09/07/11 | 110 | Internal Revenue Service | Dividend paid 100.00% on $206.26; Filed: $0.00 for Medicare | 5800-000 | | 206.26 | 10,576.87 |
| 09/07/11 | 111 | John S. Smarzewski | Dividend paid 100.00% on $1,024.74; Claim# 1; Filed: $1,378.26; Reference: | 5300-000 | | 1,024.74 | 9,552.13 |
| 09/07/11 | 112 | ERIC IVERSEN | Dividend paid 100.00% on $2,873.63; Claim# 2; Filed: $3,865.00; Reference: | 5300-000 | | 2,873.63 | 6,678.50 |
| 09/07/11 | 113 | ERIC IVERSEN | Dividend paid 100.00% on $3,618.77; Claim# 3; Filed: $4,867.20; Reference: | 5300-000 | | 3,618.77 | 3,059.73 |
| 09/07/11 | 114 | Adam Lee Sulejmani Sr. | Dividend paid 100.00% on $429.48; Claim# 4; Filed: $577.65; Reference: | 5300-000 | | 429.48 | 2,630.25 |
| 09/07/11 | 115 | Barb Peters | Dividend paid 100.00% on $579.93; Claim# 53; Filed: $780.00; Reference: | 5300-000 | | 579.93 | 2,050.32 |
| 09/07/11 | 116 | Darlene Ringa | Dividend paid 100.00% on $1,124.18; Claim# 54; Filed: $1,512.00; Reference: | 5300-000 | | 1,124.18 | 926.14 |
| 09/07/11 | 117 | Mary DeFrancisco | Dividend paid 100.00% on $925.83; Claim# 75; | 5300-000 | | 925.83 | 0.31 |

Subtotals :  $34,694.74  $34,694.43

{} Asset reference(s)

Printed: 03/19/2012 11:40 AM   V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-01601 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | FOUR SEASONS HEATING & COOLING, INC | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******72-66 - Checking Account |
| **Taxpayer ID #:** | **-***8080 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/19/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,245.24; Reference: | | | | |
| 09/07/11 | Int | bnym | Reversing interest for 06/30 and 07/05 | 1270-000 | -0.31 | | 0.00 |
| 11/10/11 | {3} | Castle Bank | Balance in account | 1129-000 | 4,944.42 | | 4,944.42 |
| 11/22/11 | 118 | United States Treasury | Form 941 taxes | 5800-000 | | 424.98 | 4,519.44 |
| 02/07/12 | 119 | Myler, Ruddy & McTavish | Payment of amount underpaid to MRM for attys fees in first distribution | 3110-000 | | 991.73 | 3,527.71 |
| 02/07/12 | 120 | Charles J. Myler | Second trustee fee from additional funds received by estate | 2100-000 | | 1,236.10 | 2,291.61 |
| 02/07/12 | 121 | Myler, Ruddy & McTavish | Add'tl attorney for trustee fees | 3110-000 | | 2,291.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **39,638.85** | **39,638.85** | **$0.00** |
| | | | Less: Bank Transfers | | 34,694.74 | 0.00 | |
| | | | **Subtotal** | | **4,944.11** | **39,638.85** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,944.11** | **$39,638.85** | |

|  | |
|---|---|
| Net Receipts : | 43,284.85 |
| Plus Gross Adjustments : | 675.15 |
| Net Estate : | $43,960.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****72-65** | 38,327.96 | 3,346.00 | 0.00 |
| **MMA # 9200-******72-65** | 12.78 | 300.00 | 0.00 |
| **Checking # 9200-******72-66** | 4,944.11 | 39,638.85 | 0.00 |
| | $43,284.85 | $43,284.85 | $0.00 |

{} Asset reference(s)

Printed: 03/19/2012 11:40 AM     V.12.57